## 11TH COURT OF APPEALS
### EASTLAND, TEXAS
### JUDGMENT

Rogelio Esquivel Rodriguez,         \* From the 132nd District
                                             Court of Scurry County,
                                             Trial Court No. 9683.

Vs. No. 11-11-00073-CR           \* February 28, 2013

State of Texas,                  \* Memorandum Opinion by McCall, J.
                                           (Panel consists of: Wright, C.J.,
                                           McCall, J., and Willson, J.)

       This court has inspected the record in this cause and concludes that there is no error in the judgment below. Therefore, in accordance with this court's opinion, the judgment of the trial court is in all things affirmed.